UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 13 B 08777
                                                CHAPTER 13
Jessy Aranez
Mariam Salutillo Aranez                         JUDGE CAROL A DOYLE

            DEBTORS                             **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** PHH MORTGAGE CO

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 6 | XXXXXX0811 | $14,992.31 | $14,992.31 | $14,992.31 |
| Total Amount Paid by Trustee | | | | | $14,992.31 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit        **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-08777-CAD

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 25th day of January, 2018.

Debtor:
Jessy Aranez
4249 W Montrose Ave
Chicago, IL  60641

Debtor:
Mariam Salutillo Aranez
4249 W Montrose Ave
Chicago, IL

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
PHH MORTGAGE CO
1 MORTGAGE WAY SBRP
MT LAUREL, NJ  08054

Mortgage Creditor:
Clerk, Chancery
Doc#13CH04072
50 W. Washington St., Room 802
Chicago, IL  60602

Creditor:
PHH MORTGAGE CO
% MORTGAGE SERVICE CNTR
ONE MORTGAGE WAY MS SV 01
MT LAUREL, NJ  08054

Mortgage Creditor:
PHH MORTGAGE
% FISHER & SHAPIRO LLC
2121 WAUKEGAN RD # 301
NORTHBROOK, IL  60062

ELECTRONIC SERVICE - United States Trustee

Date:  January 25, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603